IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT L. THOMPSON, JR.           )
                                  )
    v.                            )    NO. 3:13-0526
                                  )
ROBERT SPURGEON, et al.           )

# **O R D E R**

Presently pending before the Court is the Defendants' motion for summary judgment (Docket Entry No. 24). The plaintiff shall have until January 10, 2014, to file a response to the motion for summary judgment. In light of the motion for summary judgment, the evidentiary hearing currently set for February 6, 2014, is CANCELLED.

The plaintiff is advised that Rule 56(a) of the Federal Rules of Civil Procedure mandates that summary judgment be granted if the moving party shows that there is no genuine dispute as to any material fact and the moving party is entitled to a judgment as a matter of law. Once the Defendants properly show the absence of a genuine dispute for trial, the plaintiff must show that the material facts are genuinely disputed by citing to materials in the record, including depositions, documents, electronically stored information, affidavits or declarations, stipulations, admissions, interrogatory answers, or other materials, or show that the materials cited by the Defendants do not establish an undisputed fact or that the defendant cannot produce admissible evidence to support such fact(s).

The plaintiff is also advised that, if he wishes to dispute the facts submitted by the Defendants, he must respond to the defendants' Statement of Undisputed Facts (Docket Entry No. 26) in accord with Local Rule 56.01(c), by responding to each fact set forth by the Defendants by either (1) agreeing that the fact is undisputed; (2) agreeing that the fact is undisputed for the

purposes of ruling on summary judgment; or (3) by demonstrating that the fact is disputed, with specific citation to the record. The plaintiff may include his responses to each fact listed on the same copy of the Defendants' Statement of Undisputed Facts with which he was served, and then file that document together with his response. If the plaintiff needs more space to respond to the Defendants' Statement of Undisputed Facts, the plaintiff may attach additional pages thereto.

Finally, the plaintiff is advised that failure to file a timely response to the motion for summary judgment could result in the dismissal of the claims brought against the Defendants.

Any party desiring to appeal this Order may do so by filing a motion for review no later than fourteen (14) days from the date this Order is served upon the party. The motion for review must be accompanied by a brief or other pertinent documents to apprise the District Judge of the basis for appeal. See Rule 72.02(b) of the Local Rules of Court.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge